**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NYLONDA JAZZ SHARNESE and RONALD R. SHEA, | ) NO. CV 10-6796-VAP (MAN) ) |
| Plaintiffs, | ) ) JUDGMENT |
| v. | ) ) |
| STATE OF CALIFORNIA, et al., | ) ) |
| Defendants. | ) ) |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice and without prejudice as set forth in the Court's Order.

DATED: February 8, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE